FORM AO-256
REV. 1-82

CRIMINAL DOCKET U.S. District Court

PO ☐ | Misd. ☐ | Felony ☒

District: 0417 | Off: 7 | Assigned: 1706 | Disp./Sentence Judge/Magistr: 1706

☐ WRIT ☐ JUVENILE ☐ ALIAS

U.S. VS (LAST, FIRST, MIDDLE) BRYON, Peter James

Case Filed Mo Day: 04 21 | Yr: 86 | Docket No.: 00012 | Def.: 01

No. of Def's: 1 | U.S. MAG CASE NO

OFFENSE ON INDEX CARD: Poss. of marijuan & hashish

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM | NG | GUILTY | NOLO |
|---|---|---|---|---|---|---|
| 21:846 | Conspiracy to poss. w/intent to distr. and to distr. in excess of 1,000 lbs of marijuana & hashish - Ct. 3 | 1 | | | X | |
| 21:841(a)(1) & 18:2 | Poss. w/intent to distr. in excess of 1,000 lbs. of marijuana & aiding & abetting - CT. 5 | 1 | X | | | |

SUPERSEDING COUNTS ☐ JURY ☒ N J

## II. KEY DATE

INTERVAL ONE: KEY DATE / EARLIEST OF ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

KEY DATE / APPLICABLE

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL): ☐ indictment filed/unsealed ☐ consent to Magr trial on complaint ☐ Information ☐ Felony W/waiver

KEY DATE: 4-21-86 — LATEST OF: ☐ 1st appears on pending charge /R40 ☒ Receive file R20/21 ☐ Supsdg: ☐ Ind ☐ Inf ☐ Order New trial

END INTERVAL TWO: KEY DATE 4-21-86 APPLICABLE — ☐ Dismissal ☒ Pled Guilty ☐ Nolo ☐ After N.G. ☐ After nolo ☐ Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| 4-21-86 | 4-21-86 | | | | | | | ☐ on S.T. grounds ☐ W P ☐ WOP ☐ on def motion ☐ on gov't motion |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ▶ | | | |

INITIAL APPEARANCE DATE ▶

PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled ▶ — Date Held ▶

☐ WAIVED ☐ NOT WAIVED — Tape Number

☐ INTERVENING INDICTMENT

INITIAL/NO

OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest | OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U S Attorney or Asst

Defense 1 ☐ CJA. 2 ☐ Ret 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

Richard N. Gusler
Thomas Rawles Jones, Jr.

BAIL • RELEASE

PRE INDICTMENT

Release Date ☐ Bail Denied | AMOUNT SET $ | Date Set | ☐ Bail Not Made | Date Bond Made

☐ Fugitive ☐ Pers Rec ☐ PSA — Conditions: ☐ 10% Dep ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT

Release Date ☐ Bail Denied | AMOUNT SET $ | Date Set | ☐ Bail Not Made | Date Bond Made

☐ Fugitive ☐ Pers Rec. ☐ PSA — Conditions: ☐ 10% Dep ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS

☐ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE / DOCUMENT NO | Yr 86 | Docket No. 00012 | Def 01 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ |
|---|---|---|---|---|---|

VI EXCLUDABLE DELAY — Start Date / End Date | Ltr Code | Total Days

(OPTIONAL: Show last names of defendants)

## V. PROCEEDINGS

**BRYON**

| DATE | PROCEEDINGS |
|---|---|
| 4-21-86 | **CONSENT TO TRANSFER CASE UNDER RULE 20 -** from District of Rhose Island |
| 4-21-86 | **INDICTMENT** |
| 4-21-86 | **RALEIGH - JUDGE BRITT - JO BUSH CT. REPORTER**<br>**MEMORANDUM OF PLEA AGREEMENT**<br>Rule 11<br>Plea of Guilty to Ct. 3<br>M/D Ct. 5 allowed.<br>**JUDGMENT AND PROBATION/COMMITMENT ORDER -** (Ct. 5 dismissed)<br>CT. 3 - 7 yrs - shall become eligible for parole u/18:4205(b)(2) immediately.<br>Sen. on Ct. 3 to run concurently w/ the sen. imposed in 84-7-08-CR-7 & 86-8-01-CR-7<br>Ct. recommends that the deft. be assigned to a level one institution if such assignment can be carried out consistent with the current Bureau of Prisons guidelines.<br>(Britt, J) Cr. OB#5, P. 309.<br>cys.distr. (ent. 4/23/86) |
| 6/18/86 | **MOTION** TO UNSEAL RECORDS - 3 cys. to U.S. Atty.<br>1c Judge Britt with proposed order |
| 6-23-86 | **ORDER** - upon motion of U.S. hereby **ORDERED** that the plea agreement executed by the deft. and Govern. is **UNSEALED.**<br>(Britt, j) Cr. OB#5, P. 376.<br>1c: U.S.Atty., Mr. Moffitt and Mr. Gusler<br>(ent. 6/24/86) |
| 8-19-86 | **MOTION FOR REDUCTION OF SENTENCE- Filed by attorney for deft.** Richard N. Gusler. (Cert. of Serv. attached)<br>1c J. Britt, Ent. 8-27-86 |
| 8-22-86 | **GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION OF SENTENCE- Filed by:** Govt. (Cert. of Serv. attached)<br>1c J. Britt, Ent. 8-27-86 |
| 8-28-86 | **ORDER -** **Deft.s** mtn for modification of reduction of sentence pursuant to the provisions of Rule 35 of the Federal Rules of Crim. Pro., having been fully considered hy the court, is DENIED. Ordered by J. Britt. (1c AUSA and counsel of record). Ent. 8-28-86 |

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental physical incapacity (18 USC 4244) [(1)(A)]

B NARA exam (18 USC 2902) [(1)(B)]

C State/Fed. proceedings on other charges [(1)(D)]

D Interlocutory appeal [(1)(E)]

E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]

F Transfer from other district per FRCrP 20, 21 or 40 or Mag Rule 6a [(1)(G)]

G Proceedings under advisement not to exceed 30 days after all necessary submissions filed and hearings completed [(1)(J)]

H Misc. proceedings: arraignment, parole, probation, revocation, Deportation, extradition [(1)]

5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]

6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]

7 Consideration by Court of proposed plea agreement [(1)(I)]

I Prosecution deferred by mutual agreement [(2)]

M Unavailability of defendant or essential witness [(3)(A,B)]

N Period of mental/physical incompetence of deft. to stand trial [(4)]

O Period of NARA commitment/treatment [(5)]

P Superseding indictment and/or new charges [(6)]

R Deft. awaiting trial of co-defendant & no severance has been granted [(7)]

T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]

T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B)(i)]

T2 Case unusual or complex [(8)(B)(ii)]

T3 [illegible] arrest can't be [illegible] in 30 days [(8)(B)(iii)]

T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B)(iv)]

Time up to withdrawal of guilty plea [3161(i)]

W G and J [illegible] indictment time extended 30 more days [3161(b)]

CONTINUED TO PAGE ___